# Court of Appeals
# of the State of Georgia

ATLANTA,__March 22, 2023_____

*The Court of Appeals hereby passes the following order:*

**A23I0156. INISHA TAYLOR v. CITY OF ATLANTA et al.**

Upon consideration of the Application for Interlocutory Appeal, it is ordered that it is hereby GRANTED. The Appellant may file a Notice of Appeal within 10 days of the date of this order. The Clerk of Superior Court is directed to include a copy of this order in the record transmitted to the Court of Appeals.

In their Appellant's Brief and Appellee's Brief, the parties are DIRECTED to address the issue of whether the certiorari petition in this matter was timely filed pursuant to OCGA § 5-4-6.



*Court of Appeals of the State of Georgia*
*Clerk's Office, Atlanta,__03/22/2023_____*

*I certify that the above is a true extract from the minutes of the Court of Appeals of Georgia.*

*Witness my signature and the seal of said court hereto affixed the day and year last above written.*

_____, Clerk.